# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | | |
|---|---|---|
| ANTRAUN COE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | No. 16-3006-STA-cgc |
| | ) | |
| UNITED STATES OF AMERICA, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER GRANTING PLAINTIFF'S "MOTION TO COMPEL," DIRECTING THE ISSUANCE OF THIRD PARTY SUBPOENA, AND DISMISSING CLAIMS AGAINST DEFENDANTS WILLIAMS AND BAIL

Plaintiff Antraun Coe filed a *pro se* complaint for the alleged violation of his civil rights. Plaintiff filed an amended complaint (ECF No. 13) under *Bivens v. Six Unknown Fed. Narcotics Agents*, 403 U.S. 388 (1974), and, after reviewing it, the Court found that service of process should issue for the following defendants: Director of Prisons Charles E. Samuels, Jr., Director of Prisons Mark S. Inch, Warden Ms. FNU Stevens, Warden Ms. FNU Owens, Warden Myron L. Batts, Food Service Administrator S. Crockett, Assistant Food Service Administrator FNU Brooks, and the following Food Service Supervisors: FNU Bail, FNU Rice, FNU Williams, FNU Dixon, FNU Robinson, FNU Barrett, FNU Nicholson, FNU Morris, FNU Slocum, Ms. FNU Gibbons, Ms. FNU Claxton, and Ms. FNU Brooks. (ECF No. 14.)

On February 15, 2019, the following summonses were returned as unexecuted: Director of Prisons Charles E. Samuels, Director of Prisons Mark S. Inch, Warden Ms. FNU Stevens, Warden Myron L. Batts, FNU Bail, Food Service Administrator S. Crockett, FNU Nicholson, FNU Morris, and FNU Williams. (ECF No. 17.) On April 17, 2019, the Court entered an order

requiring Plaintiff to provide information to the Court to more specifically identify the unserved defendants. On May 7, 2019, Plaintiff filed a "motion to compel to compel discovery for additional information for service of process." The Court will **GRANT** the motion.

The Court hereby **DIRECTS** the Clerk of the Court to prepare a third-party subpoena to obtain the last known home address and telephone number of the following Defendants: Director of Prisons Charles E. Samuels, Director of Prisons Mark S. Inch (retired), Warden Ms. Delores Stevens (retired), Warden Myron L. Batts (retired), Food Service Administrator Solomon Crockett, FNU Nicholson (retired), and Shawn Morris, all of whom were employed at the Federal Correctional Institution, Memphis, Tennessee, from approximately April 25, 2016, through October 16, 2016. The third party subpoena shall direct Hugh Hurwitz, Acting Director, Federal Bureau of Prisons, 320 First St., NW, Washington, DC 20534 to supply the last known home address and telephone number of the individuals listed above within sixty (60) days of the receipt of the third party subpoena. Due to security and privacy concerns, information provided in compliance with the subpoena shall not be made available to Plaintiff but shall be filed by the Clerk *ex parte* and under seal. A summons shall then be re-issued and provided to the Marshal for service.

The return of service on Defendants Bail and Williams (ECF No. 17) noted that there was insufficient information to serve them with process, and Plaintiff has provided no additional identifying information in his motion to compel. Accordingly, Defendants Bail and Williams are hereby **DISMISSED** from the action.

The Clerk of the Court is **DIRECTED** to mail a copy of this order to the United States Attorney for this district at the Memphis address for the United States Attorney's Office.

**IT IS SO ORDERED.**

s/ S. Thomas Anderson
S. THOMAS ANDERSON
CHIEF UNITED STATES DISTRICT JUDGE

Date:   May 14, 2019